UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | **CV 12-08607 DMG (JCGx)** | Date | November 15, 2012 |
|---|---|---|---|

| Title | *Yelena Furmanova, et al. v. ABN AMR Mortgage Group Incorp. et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER DISMISSING ACTION**

On October 15, 2012, this Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction [Doc. # 5].  Plaintiffs were to file their response by no later than October 29, 2012.  Plaintiffs have failed to respond to the OSC.  Moreover, it appears that all notices and orders sent to Plaintiffs have been returned undelivered with the notation that the new address or forwarding address is unknown.  Plaintiffs' failure to meet their obligation to keep the Court apprised of their current address and other contact information warrants dismissal of the action for lack of prosecution.  *See* C.D. Cal. L.R. 41-6.  As the Court finds no basis to exercise subject matter jurisdiction and Plaintiffs have failed to prosecute, this action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**